IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR394 |
| | ) | |
| vs. | ) | ORDER OF COURT TO DISMISS |
| | ) | WITHOUT PREJUDICE THE |
| CHRISTOPHER MCCURRY, | ) | INDICTMENT AGAINST |
| | ) | CHRISTOPHER MCCURRY |
| Defendant. | ) | |

Pursuant to the Motion to Dismiss the Indictment without prejudice (Filing No. 23) and Federal Rule of Criminal Procedure 48(a):

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss the Indictment without prejudice (Filing No. 23) is granted; and

2. The Indictment regarding Defendant Christopher McCurry is hereby dismissed without prejudice..

DATED this 11th day of January, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge